HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Nelson Picazo Sanchez,<br><br>           Petitioner,<br><br> v.<br><br>Laura Hermosillo, et al.,<br><br>           Respondents. | CASE NO. CV25-2288RAJ-GJL<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable Richard A. Jones:

This action is hereby transferred to the Honorable Tiffany Cartwright. All pleadings filed in the future shall bear case number CV25-2288TMC.

Dated this 20th day of November, 2025.

<u>Ravi Subramanian</u>
Clerk of the Court

<u>s/Alejandro Pasaye Hernandez</u>
Deputy Clerk

MINUTE ORDER – 1