UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NELSON PICAZO SANCHEZ, | Case No. 2:25-cv-02288-TMC |
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| LAURA HERMOSILLO, et al., | |
| Respondents. | |

On November 14, 2025, Petitioner Nelson Picazo Sanchez filed a petition for writ of habeas corpus alleging that Respondents had unlawfully subjected him to mandatory detention without the possibility of release on bond under 8 U.S.C. § 1225(b)(2). Dkt. 1. Having reviewed the petition, the Court directs Respondents to show cause why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court orders:

1. Respondents shall file a return to the habeas petition no later than November 26, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

ORDER TO SHOW CAUSE - 1

2. Any traverse Petitioner wishes to file shall be due by December 1, 2025. The clerk shall note the matter for December 1, 2025.

3. Respondents shall provide Petitioner and Petitioner's counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove him from the United States.

4. The clerk is directed to effectuate service of the habeas petition filed in this case on the Federal Respondents by emailing a copy of this Order and the habeas petition to the U.S. Attorney's Office at usawaw.Habeas@usdoj.gov.

5. Petitioner's counsel shall promptly provide Petitioner's A-File number to opposing counsel via email.

.

Dated this 21st day of November, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO SHOW CAUSE - 2